Prob 22 (Rev. 03/97)

| TRANSFER OF JURISDICTION | | | DOCKET NO. (Transferring Court)<br>0:01CR00077-1(MJD)<br>DOCKET NO. (Receiving Court)<br>CR04-50163-PHX-MHM |
|---|---|---|---|
| NAME AND ADDRESS OF *<br>Iran Antonio Cota | DISTRICT<br>MINNESOTA | DIVISION<br>Minneapolis | |
| | NAME OF SENTENCING JUDGE<br>Michael J. Davis | | |
| | DATES OF SUPERVISION | FROM<br>11/17/2003 | TO<br>11/18/2006 |

OFFENSE

Conspiracy to Distribute and Possession with Intent to Distribute 150 Pounds of Marijuana on December 12, 1999, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Aug. 19, 2004
Date

Michael J. Davis
Michael J. Davis, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

10-4-04
Effective Date

United States District Judge

FILED NOV 5 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

SCANNED
NOV 09 2004
U.S. DISTRICT COURT ST. PAUL